UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
|  | AFFIDAVIT OF SERVICE |
|  | CASE # 07 CIV 6095 |
| **EDWARD COOPER** | Plaintiff |
| Vs |  |
| **CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, P.O. DEMETRIOUS KOLA, P.O. CHRISTOPHER OHARE, SGT GUY PETERSEN, "JANE DOE AND JOHN DOE".** |  |
|  | Defendants |

---

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 7/11/07 12:40 PM at 233 WEST 10TH STREET NEW YORK, NEW YORK 10014 Deponent served the within **SUMMONS AND COMPLAINT** on **POLICE OFFICER DEMETRIOUS KOLA** by delivering a true copy to **SGT. KELLY ( SHIELD ) # 593** a authorized person.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **MALE**
Skin **WHITE**
Color of Hair **LIGHT BROWN**
Approx. Age **37-42**
Approx. Height **5'8"- 5'10"**
Approx. Wt **175-180 LBS**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
12TH day of JULY 2007

_____
N O T A R Y     P U B L I C

KEREUWEM UMOH
Notary Public, State of New York
No. 02UM6132601
Qualified in Kings County
Commission Expires Sept. 19, 2009