**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **EDWARD COOPER** | AFFIDAVIT OF SERVICE<br>**CASE # 07 CIV 6095**<br>Plaintiff |

Vs

**CITY OF NEW YORK, NEW YORK CITY POLICE**
**DEPARTMENT, P.O. DEMETRIOUS KOLA,**
**P.O. CHRISTOPHER OHARE, SGT GUY PETERSEN,**
**"JANE DOE AND JOHN DOE".**

Defendants

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **7/11/07  12:40 PM** at **233 WEST 10TH STREET NEW YORK,  NEW YORK 10014** Deponent served the within **SUMMONS AND COMPLAINT** on **P.O. CHRISTOPHER OHARE** by delivering a true copy to **SGT. KELLY  ( SHIELD ) # 593** a authorized person.

Said premises are recipient's actual place of business within the state. I asked the person spoken to whether the respondent actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **MALE**
Skin **WHITE**
Color of Hair **LIGHT BROWN**
Approx. Age **37-42**
Approx. Height  **5'8"- 5'10"**
Approx. Wt **175-180 LBS**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
13TH day of JULY  2007

_____
N O T A R Y    P U B L I C

NKEREUWEM UMOH
Notary Public, State of New York
No. 02UM6132601
Qualified in Kings County
Commission Expires Sept. 18, 2009