UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDWARD COOPER,

                                      Plaintiff,     **NOTICE OF APPEARANCE**

           -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE     07 CV 6095 (GBD)
DEPARTMENT, P.O. DEMETRIOUS KOLA, P.O.
CHRISTOPHER OHARE, SGT. GUY PATERSON,
"JANE DOE" AND "JOHN DOE" 1 'through' 10
inclusive, being fictious, the true names of the defendants
being unknown to the plaintiff,

                                     Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Stuart Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          July 31, 2007

                                                     MICHAEL A. CARDOZO
                                                   Corporation Counsel
                                                   of the City of New York
                                                   Attorney for Defendant City of New York
                                                   100 Church Street, Rm. 3-311
                                                   New York, New York 10007
                                                   (212) 788-0899

                                        By:     _____
                                                   Stuart Jacobs (SJ 8379)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation Division

To:    <u>BY ECF</u>
       Patrick O'Keke, Esq.