LAW OFFICES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Edward Cooper,

                        Plaintiff,        07cv6095(GBD)

   -against-                                                      <u>CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER</u>

The City of New York, NYC Police Department,
Demitricus Kola P.O., Christopher Ohare, P.O. Guy
Patersen Sgt, Jane Doe, 1 through 10 inclusive,
the names of the last defendants being fictitious, the
true names of the defendants being unknown to the
plaintiffs,

                        Defendant,
------------------------------------------------------------X

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after **January 9, 2008**.

2. No amendment to the pleadings will be permitted after **January 9, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **April 2, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **April 9, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A **final pretrial conference** will be held on **June 4, 2008 at 9:30 a.m.**.

6. The **Joint Pretrial Order** shall be filed no later than **May 7, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial on 48 hours notice on or after July 2, 2008. The estimated trial time is __2-3__ days, and this is a (jury)(non-jury) trial.

9. The **Next Case Management Conference** will be held on **March 5, 2008** at 9:30 a.m..

Dated: July 2, 2007
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff
PHILIP AKAKWAM

_____
Attorney for Defendant
Stuart E. Jacobs (SJ 8379)

-2-