UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDWARD COOPER,

                                   Plaintiff,

GLENISHA BROWN    Consolidated Plaintiff,

                -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, P.O. DEMETRIOUS KOLA, P.O.
CHRISTOPHER OHARE, SGT. GUY PATERSEN,
"JANE DOE" AND "JOHN DOE" 1 'through' 10
inclusive, the names of the last defendants being fictious,
the true names of the defendants being unknown to the
plaintiff.

                                   Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 6095 (GBD)

       **WHEREAS**, plaintiff, Edward Cooper, commenced this action by filing a complaint on or about June 28, 2007, alleging that defendants violated his constitutional rights; and

       **WHEREAS**, plaintiff, Glenisha Brown, commenced this action by filing a complaint on or about June 28, 2007, alleging that defendants violated her constitutional rights; and

       **WHEREAS**, these two actions where consolidated on July 31, 2007; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Edward Cooper the total sum of EIGHTEEN THOUSAND AND FIVE HUNDRED DOLLARS ($18,500) and plaintiff Glenisha Brown the total sum of SEVEN THOUSAND DOLLARS ($7,000) in full satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiffs agree to dismissal of all the claims against the City of New York and to release Demetrious Kola, Christopher Ohare, and Guy Peterson, and any present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiffs' rights, or the rights of any other

person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        January 17, 2008

Philip Akakwam, Esq.
Attorney for Plaintiffs
303 Livingston Avenue, 2nd Floor
Brooklyn, N.Y. 11217
(718) 858-2488

By: _____
    Philip Akakwam, Esq. (PA 8294)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0899

By: _____
    Stuart E. Jacobs (SJ 8379)
    Assistant Corporation Counsel

SO ORDERED:
FEB 2 5 2008

_____
U.S.D.J.
**HON. GEORGE B. DANIELS**

- 3 -